IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. CLATION, | 1:12-cv-01731-SKO (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| KERN COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

On October 15, 2012, Plaintiff, a state prisoner proceeding pro se, sent a letter and a complaint, which were opened as a civil rights action filed pursuant to 42 U.S.C. § 1983 and then transferred to the Fresno Division because the events at issue occurred at the California Correctional Institution in Tehachapi. To proceed with a civil rights action, Plaintiff must either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall either file the attached application to proceed in forma pauperis, completed and signed, or pay the $350.00 filing fee in full;

---

[1] If Plaintiff is granted leave to proceed in forma pauperis, he will be permitted to proceed without prepayment of the filing fee, but he is still obligated to pay the filing fee. 28 U.S.C. § 1915(b)(1), (2). If there are funds available in Plaintiff's trust account, the filing fee will be deducted incrementally until the balance is paid. Id.

2. No requests for extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:     **October 24, 2012**                              /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE