# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. CLATION,<br><br>            Plaintiff,<br><br>      v.<br><br>KERN COUNTY SUPERIOR COURT,<br><br>            Defendant. | CASE NO. 1:12-cv-01731-LJO-SKO PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EITHER PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3) |

Plaintiff, proceeding pro se, filed this civil rights action on October 15, 2012. Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on October 24, 2012, the Court ordered Plaintiff to do so within forty-five days. More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has submitted neither and has not responded to the Court's order to do so, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///
///
///
///

1 | Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for
2 | failure to pay the filing fee or file an application to proceed in forma pauperis.

5 | IT IS SO ORDERED.

6 | **Dated:   January 3, 2013**          /s/  **Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE