1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   TYRONE L. CLATION,                                    CASE NO. 1:12-cv-01731-LJO-SKO PC

10                          Plaintiff,                    ORDER DISMISSING ACTION WITHOUT
                                                          PREJUDICE FOR FAILURE TO EITHER PAY
11          v.                                            FILING FEE OR FILE APPLICATION TO
                                                          PROCEED IN FORMA PAUPERIS
12   KERN COUNTY SUPERIOR COURT,
                                                          (Doc. 3)
13                          Defendant.

                                                    /
14

15          Plaintiff, proceeding pro se, filed this civil rights action on October 15, 2012.  Plaintiff did

16   not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on

17   October 24, 2012, the Court ordered Plaintiff to do so within forty-five days.  More than forty-five

18   days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

19   Plaintiff was warned that dismissal would occur if he failed to obey the order.

20          A civil action may not proceed absent the submission of either the filing fee or an application

21   to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Because Plaintiff has submitted neither and

22   has not responded to the Court's order to do so, dismissal of this action is appropriate.  *In re*

23   *Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006);

24   Local Rule 110.

25   ///

26   ///

27   ///

28   ///

1

1      Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for

2    failure to pay the filing fee or file an application to proceed in forma pauperis.

3

4

5    IT IS SO ORDERED.

6    **Dated:   January 3, 2013              /s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28